A0 442 (Rev. 5/93) Warrant for Arrest

RECEI
MAR 14 2
U.S. DISTRI
...POLIS, MIN

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-56 (3) DSD**

Leonard Eugene Brown

0441-0706-0978-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Leonard Eugene Brown
520 East Curtis,
St. Paul, MN 55107

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Supervised Release Violation

Ordered by: David S. Doty, United States District Court Judge.

G Schneider

(By) Gloria J. Schneider, Deputy Clerk

July 6, 2004 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

US MARSHAL SERVICE
MPLS. MN
JUL 6 11 04 AM '04

8-30-04
ARRESTED WHCAP (St. Cloud)
DISTRICT OF MINN.
M. Lambert

SCANNED
MAR 15 2007
U.S. DISTRICT COURT MPLS

DC Modified 04/06/04