PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

JAN 1 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Leonard Eugene Brown**

**Docket No. 0:01CR00056-003(DSD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Leonard Eugene Brown** who was sentenced for Bank Fraud on November 15, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: pay restitution totaling $11,487.67, no new debt or credit, financial disclosure, and drug and alcohol treatment.

September 29, 2004 – Revoked, sentenced to 1 year and 1 day prison concurrent with Ramsey County sentence followed by 42 months supervised release

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Brown has agreed to allow his conditions of supervised release to be modified to include participation in the District of Minnesota's offender employment program.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED

JAN 1 2008

U.S. DISTRICT COURT MPLS

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 14th day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425
Executed on January 14, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission